UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **RAFAEL A. OLIVERAS LÓPEZ DE VICTORIA** <br> **Plaintiff** <br><br> v. <br><br> **NATIONAL REPUBLICAN PARTY; DONALD TRUMP** <br> **Defendants** | Civil Case No. 2015cv02324 |

## MOTION REQUESTING ISSUANCE OF SUMMONS AND REQUEST FOR CONTINUANCE

COMES NOW Plaintiff, *pro se*, and most respectfully allege and pray before this Honorable Court as follows:

1. Plaintiff most respectfully request to the Honorable Court the issuance of summons to be published as an editorial in a regular newspaper. Rule 4 of the Federal Rules of Civil Procedure.

2. Defendants, the National Republican Party as well as Mr. Donald Trump are residents and/or citizens of other state jurisdiction and outside the jurisdiction of the Commonwealth of Puerto Rico. See enclosed sworn statement stating the above facts.

3. Rule 4 provides the service of the complaint and/or summons under the local Civil Rules; and in the instant case, Rule 4(e)(1) provides that any defendant whose residential and/or citizens address is foreign to the jurisdiction of the Commonwealth of Puerto Rico, said defendant may be serviced by publishing in a regular daily newspaper an editorial summons. Moreover, said complaint and summons have to coetaneously be notified by certified mail to the latest address if said defendants within ten (10) days of the editorial being published.

4. In light of the above, it is most respectfully requested to the Honorable Court that an order be entered whereby an editorial be issued, granting the attendant civil procedure for defendant outside the jurisdiction of the Commonwealth of Puerto Rico.

5. Enclosed to this motion, Plaintiff whereby tenders to the Clerk of the Honorable Court the proper editorial summons to be published.

6. Moreover, it is request an extension of an additional thirty-(30)-days to serve both Defendants. Recently, Plaintiff became stricken with a moderate to severe flu at home and also had to receive treatment and diagnosis with a cataract in his right eye. Said conditions and the different medical visits, have limited Plaintiff's availability to properly attend to the above matter.

WHEREFORE, in light of the above, it most respectfully requested that Plaintiff be permitted to serve summons to Defendant by the publication of a copy of the summons in an editorial in a local daily newspaper within ten (10) days of the order hereby entered, as well has it is most respectfully requested that an extension of an additional thirty (30) days be granted.

**RESPECTFULLY SUBMITTED.**

In Caguas, Puerto Rico, at this January __/__, 2016.

RAFAEL OLIVERAS LOPEZ DE VICTORIA
URB. VILLA DEL REY
4G-9 CALLE 2
CAGUAS, PUERTO RICO 00727
CEL: (787) 923-7016
E-mail: roliveraslv@gmail.com