UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
2016 FEB 24 PM 4: 07

| RAFAEL A. OLIVERAS LÓPEZ DE VICTORIA<br>Plaintiffs<br><br>v.<br><br>NATIONAL REPUBLICAN PARTY;<br>DONALD TRUMP<br>Defendants | Civil Case No. 15-02324 (JAF) |
|---|---|

## MOTION SUBMITTING AMENDED COMPLAINT

COMES NOW Plaintiff, *pro se*, and most respectfully allege and pray before this Honorable Court as follows:

1. On February 22, 2016, Plaintiff received a copy of the order dated February 19, 2016 whereby it granted Plaintiff to file an amended complaint on/or before February 24, 2016.

2. In response to said order, Plaintiff is hereby filing with the instant motion the amended complaint.

3. Therefore, it is respectfully requested that the amended complaint be accepted and forthwith authorized to be the main and principal document in this case.

4. Lastly, petitioner most respectfully requests that the present motion and amended complaint be filed and received in compliance with the term given by the Honorable Court. Petitioner is sending the documents by mail before the end of the term, for Petitioner currently is limited from physically filing the same due to his physical condition and distance.

WHEREFORE, in light of the above, it most respectfully requested that Plaintiff be permitted to file the amended complaint as previously requested in the instant motion.

**RESPECTFULLY SUBMITTED.**

In Caguas, Puerto Rico, at this February 23, 2016.

*/s/ Rafael Oliveras López de Victoria*
**RAFAEL OLIVERAS LÓPEZ DE VICTORIA**
URB. VILLA DEL REY
4G-9 CALLE 2
CAGUAS, PUERTO RICO 00727
CEL: (787) 923-7016
E-mail: roliveraslv@gmail.com