R. Olivieras
Villa del Rey
46-9 Calle 2
Caguas PR 00727


CERTIFIED MAIL
7001 1140 0001 7243 0058





U.S. POSTAGE PAID
CAGUAS, PR
00725
FEB 23, 16
AMOUNT
$5.53
R2304N118189-10

United States District Court for the
District of Puerto Rico
Clerk's Office
Room 150 Federal Building
Calle Carlos F. Chardón
San Juan, P.R. 00918

RECEIVED & FILED
2016 FEB 24 PM 4:07
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR