# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| RAFAEL A. OLIVERAS LÓPEZ DE VICTORIA<br>**Plaintiffs**<br><br>v.<br><br>NATIONAL REPUBLICAN PARTY; DONALD TRUMP<br>**Defendants** | Civil Case No. 15-02324 (JAF) |

RECEIVED & FILED
CLERK'S OFFICE
MAR 2 2 2016
US DISTRICT COURT
SAN JUAN, PR

## MOTION REQUESTING VOLUNTARY DISMISSAL

COMES NOW Plaintiff, *pro se*, and most respectfully allege and pray before this Honorable Court as follows:

1. Undersigned has been hospitalized due to a severe infection in his right leg.

2. Said severe condition is serious and has forced undersigned to reevaluate his present medical condition with respect to the instant case, and therefore, has decided to seek a voluntary dismissal without prejudice.

WHEREFORE, in light of the above, it most respectfully requested that the present motion be granted and the instant case be dismissed without prejudice.

**RESPECTFULLY SUBMITTED.**

In Caguas, Puerto Rico, at this March 18, 2016.

RAFAEL OLIVERAS LOPEZ DE VICTORIA
URB. VILLA DEL REY
4G-9 CALLE 2
CAGUAS, PUERTO RICO 00727
CEL: (787) 923-7016
E-mail: roliveraslv@gmail.com