# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**Rafael A. Oliveras–Lopez de Victoria**
Plaintiff

vs.

**National Republican Party, et al**
Defendant

**CIVIL CASE 15–2324 (JAF)**

## JUDGMENT

On the basis of Docket [8] *Notice of Voluntary Dismissal*, Judgment is entered dismissing this action without prejudice.

In San Juan, Puerto Rico, this 29th day of March, 2016.

**Frances Rios de Moran, Esq.**

Clerk of Court

**S/ Natassia Ochoa**

Natassia Ochoa
Deputy Clerk